United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOURDAN WAYNE DELAROSA, BZ4990,
Plaintiff,

v.

JESUS TAPIA,
Defendant(s).

Case No. 26-cv-07961-SK (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner at High Desert State Prison (HDSP), has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that in 2014, while he was a student at Rites of Passage in San Andreas, California,[1] Unit Manager Jesus Tapia "called [Plaintiff] to his office and unexpectedly assaulted [Plaintiff]." Compl. (ECF No. 1) at 2.

A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendant named presumably resides, in the counties of Calaveras and/or El Dorado, which both lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: August 3, 2026

SALLIE KIM
United States Magistrate Judge

[1] Rites of Passage is a public, charter, alternative high school in Calaveras County authorized and operated by the El Dorado County Office of Education.